DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BASIL ONTARIO PROCTOR,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,** as trustee for **CARRINGTON MORTGAGE LOAN TRUST, SERIES 2007-RFC1, ASSET-BACKED PASS THROUGH CERTIFICATES,**
Appellee.

No. 4D16-2898

[October 5, 2017]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE-09-061203-12.

Mark S. Lowry of Lowry Legal, LLC, Fort Lauderdale, for appellant.

Morgan L. Weinstein of Van Ness Law Firm, PLC, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***